UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO CONTRERAS,<br><br>           Plaintiff,<br><br>    v.<br><br>ALLY FINANCIAL INC.,<br><br>           Defendant. | Case No. 5:16-cv-00243-PSG<br><br>**CASE SCHEDULING ORDER**<br><br>**(Re:  Docket No. 14)** |

Based on the parties' joint case management statement[1] and yesterday's case management conference,[2]

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is 60 days from the date of this order.

IT IS FURTHER ORDERED that the parties participate in mediation.  The parties shall contact the ADR Unit within 14 days to make the necessary arrangements and meet with a mediator within 90 days.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

    Fact Discovery Cut-Off ................................................................................ October 7, 2016

---

[1] *See* Docket No. 14.

[2] *See* Docket No. 16.

Designation of Opening Experts with Reports ................................................ October 28, 2016

Designation of Rebuttal Experts with Reports ............................................. December 2, 2016

Expert Discovery Cut-Off ........................................................................... December 20, 2016

Last Day for Dispositive Motions Hearing ............................... January 24, 2017 at 10:00 AM

Pre-Trial Conference ............................................................... February 21, 2017 at 10:00 AM

Jury Trial .................................................................................... March 13, 2017 at 9:00 AM

**SO ORDERED.**

Dated: February 24, 2016

_____
PAUL S. GREWAL
United States Magistrate Judge

2

Case No. 5:16-cv-00243-PSG
CASE SCHEDULING ORDER