William E. Kennedy State Bar No. 158214
CONSUMER LAW OFFICE OF WILLIAM E. KENNEDY
2797 Park Avenue, Suite 201
Santa Clara, California 95050
Telephone: (408) 241-1000
Facsimile:  (408) 241-1500
Email: wkennedy@kennedyconsumerlaw.com

Attorney for Plaintiff
ROBERTO CONTERAS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO CONTRERAS,<br><br>            Plaintiffs,<br><br>        v.<br><br>ALLY FINANCIAL INC. and DOES 1<br>through 25 inclusive,<br><br>            Defendants. | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Case No. 16-00243-HRL |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil

Procedure, Plaintiff Roberto Contreras and Defendant Ally Financial Inc. hereby stipulate to the

voluntary dismissal of Plaintiff's claims with prejudice against Defendant Ally Financial Inc. in

the above-captioned actions.

DATED:  June 27, 2016        CONSUMER LAW OFFICE OF WILLIAM E.
                             KENNEDY

By      /s/  William E. Kennedy
        Attorney for Plaintiff ROBERTO CONTRERAS

1
STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

1    DATED:  June 27, 2016             SEVERSON & WERSON

2

3                                By        /s/  Megan C. Kelly
                                          Attorney for Defendant ALLY FINANCIAL, INC.
4

5

6           I, William E. Kennedy, am the ECF user whose identification and password are being

7    used to file this document. I hereby attest that Megan C. Kelly has concurred in this filing.

8                                          /s/ *William E. Kennedy*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          2
STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE